| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>New Rez, LLC, et al. | |
| In Re:<br><br>Dennis Jones & Gretchen L. Jones,<br><br>Debtors. | Case No.: __23-16360-ABA__<br><br>Chapter: __13__<br><br>Hearing Date: __01/30/2024__<br><br>Judge: __Altenburg__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled         ☐  Withdrawn

Matter: Motion for Relief from Stay re: 7321 Driftwood Lane (Docket # 24)

_____

Date: 1/26/2024                                  /s/ Denise Carlon
                                                 Signature

*rev.8/1/15*