UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Steven Kelly, ESQ.
COUNSEL FOR MOVANT
skelly@sterneisenberg.com
Stern & Eisenberg, PC
1120 Rt. 73
Suite 400
Mt. Laurel, NJ 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

In Re:
Dennis Jones
Gretchen L. Jones aka Gretchen Louise Jones
    Debtor(s)

Case Number: 23-16360-ABA

Chapter: 13

Hearing Date: March 27, 2024

Judge: Andrew B. Altenburg, Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

[ ] Settled        [x] Withdrawn

Matter: Objection of NewREz LLC d/b/a Shellpoint Mortgage Servicing to Debtor's Chapter 13 Plan (Docket Entry No. 14) as Modified Plan resolves Objection.

| Date: March 15, 2024 | /s/Steven Kelly, Esq.<br>Steven Kelly, Esq. |
|---|---|