**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

 0  Valuation of Security      0  Assumption of Executory Contract or unexpired Lease      0  Lien Avoidance

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Dennis Jones
Gretchen L. Jones

Debtor(s)

Case No.: 23-16360 (ABA)

Judge: Andrew B. Altenburg

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: February 23, 2024
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

Initial Debtor(s)' Attorney: __/s/ BJS__    Initial Debtor: __/s/ D J__    Initial Co-Debtor: __/s/ GLJ__

**Part 1:  Payment and Length of Plan**

a. The debtor shall pay to the Chapter 13 Trustee $ __625.00__ monthly for __8__ months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $__251.00__ per month for __2__ months; $__1,115.00__ per month for __50__ months, for a total of __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

  ☒ Future earnings

  ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

  ☐ Sale of real property
  Description:

  Proposed date for completion: _____

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering real property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

  ☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

  ☒ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed.  The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: __/s/ DJ__ Initial Co-Debtor: __/s/ GLJ__

**Part 2: Adequate Protection**  ☒ NONE

  a.  Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____(creditor). (Adequate protection payments to be commenced upon order of the Court.)

  b.  Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s), pre-confirmation to: _____(creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

  a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,040.00 |
| DOMESTIC SUPPORT OBLIGATION | Priority | -NONE- |
| Internal Revenue Service | Taxes and certain other debts | $385.10 |
| Sadek Law Offices - Anticipated Fee App | Administrative | $800.00 |
| KML Law Group for NewRez/Shellpoint | Administrative | $599.00 |

  b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:
  ☒ None
  ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:    Secured Claims**

    a.  **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| NewRez/Shellpoint - pre-petition | 7321 Driftwood Lane, Mays Landing, NJ 08330 | $25,495.64 | 0.00% | $25,495.64 | $2,089.37 |
| NewRez/Shellpoint - post-petition | 7321 Driftwood Lane, Mays Landing, NJ 08330 | $6,231.94 | 0.00% | $6,231.94 | N/A |

    b.  **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| Santander | 2018 Nissan Sentra | $9,820.71 | 0.00% | $9,820.71 | $434.85 |

    c. **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

    d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☒ **NONE**

   Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

f. **Secured Claims Unaffected by the Plan** ☐ **NONE**

   The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| HUD | 7321 Driftwood Lane, Mays Landing, NJ 08330 $59,556.93 |

g. **Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

   a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.  ☒ NONE

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

   d.  Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

  ☒  Upon confirmation

  ☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

   The Trustee shall pay allowed claims in the following order:

   1) Chapter 13 Standing Trustee Fees, upon receipt of funds
   2) Other Administrative Claims
   3) Secured Claims
   4) Lease Arrearages
   5) Priority Claims
   6) General Unsecured Claims

**d. Post-Petition Claims**

   The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**  ☒ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: February 23, 2024    .

> Explain below **why** the plan is being modified:
>
> Include post-petition arrears and costs; Reflect adjusted household income as per Amended Schedule J; Update amount due to IRS based on APOC filed 12/22/2023; Step up when Debtor Wife retirement loan is paid off (May 2024).

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10: Non-Standard Provision(s):**

Non-Standard Provisions:

☐ NONE

☒ Explain here:

Debtor will continue to make payments to student loans serviced by US Dept. of Education on their assigns outside of the Chapter 13 Plan; Debtor will not pay any claim filed regarding student loan liability through the Chapter 13 Plan.

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: March 6, 2024                     /s/ Dennis Jones
                                         Debtor

Date: March 6, 2024                     /s/ Gretchen L. Jones
                                         Joint Debtor

Date: March 6, 2024                     /s/ Brad J. Sadek, Esq.
                                         Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16360-ABA |
| Dennis Jones | Chapter 13 |
| Gretchen L. Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 27, 2024 | Form ID: pdf901 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Jones, Gretchen L. Jones, 7321 Driftwood Lane, Mays Landing, NJ 08330-3924 |
| 519980753 | + | AC Ocean Walk LLC, 500 Boardwalk, Atlantic City, NJ 08401-7609 |
| 519982028 | + | Caleb Wilkes, 7321 Driftwood Lane, Mays Landing, NJ 08330-3924 |
| 519980762 | + | First Electronic Bank - Wayfair, Attn: Credit Crop Solutions, 121 W. Election Road , Se 200, Draper, UT 84020-7766 |
| 519980766 | + | Hill Wallack, LLP, 21 Roszel Road, Princeton, NJ 08540-6866 |
| 519980772 | + | Santander Bank, 1001 Gap Newport Pike, Avondale, PA 19311-9501 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Mar 27 2024 20:55:54 | Steven K Eisenberg, Stern & Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2024 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2024 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2024 21:03:38 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | ^ | MEBN | Mar 27 2024 20:55:54 | NewRez LLC D/B/A Shellpoint Mortgage Servicing, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 519980754 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 27 2024 21:01:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520000619 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 27 2024 21:01:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133 / Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520027162 | + | Email/Text: BGEBankruptcy@BGE.com | Mar 27 2024 21:00:00 | Baltimore Gas & Electric Company, PO Box 1475, Bankruptcy Dept - 3rd flr G&E Bldg, Baltimore, MD 21203-1475 |
| 519989016 | + | Email/Text: documentfiling@lciinc.com | Mar 27 2024 20:59:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520044260 | | Email/Text: bankruptcy@cbtno.com | Mar 27 2024 21:00:00 | CRESCENT BANK, P.O. BOX 2829, ADDISON, TX 75001 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519980755 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 27 2024 21:01:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 519980756 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 21:14:11 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519980757 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 27 2024 21:03:20 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519986665 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2024 21:03:05 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519992414 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 27 2024 21:03:40 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519980758 | + | Email/Text: documentfiling@lciinc.com | Mar 27 2024 20:59:00 | Comcast Xfinity, 401 Whitehorse Road, Voorhees, NJ 08043-2604 |
| 519980759 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 27 2024 21:01:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519980760 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 27 2024 21:01:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519980761 | + | Email/Text: bankruptcy@firstelectronic.com | Mar 27 2024 21:01:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519980763 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 27 2024 21:03:02 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519980764 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 27 2024 21:02:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519980767 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2024 21:01:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519980768 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 27 2024 21:00:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520023673 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2024 21:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519980770 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2024 21:01:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519980771 | ^ | MEBN | Mar 27 2024 20:58:09 | National Credit Audit Corporation, Attn: Bankruptcy Dept., P.O. Box 515489, Dallas, TX 75251-5489 |
| 520037607 | | Email/Text: mtgbk@shellpointmtg.com | Mar 27 2024 21:00:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 520043632 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 21:03:05 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 520043832 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2024 21:01:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519995907 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2024 21:01:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519980774 | | Email/Text: bankruptcy@springoakscapital.com | Mar 27 2024 20:59:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 520054827 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 27 2024 21:00:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519980776 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 27 2024 21:00:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 519993821 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Mar 27 2024 21:01:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520041980 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 21:00:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, Seattle, WA 98101-2051 |
| 519985116 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 27 2024 21:00:00 | Shellpoint Mortgage Servicing, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519980773 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 27 2024 21:00:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520027393 |  | Email/Text: bankruptcy@springoakscapital.com | Mar 27 2024 20:59:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 519980775 | + | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Mar 27 2024 21:01:00 | State of New Jersey Department of Labor, Benefits Control, P.O. Box 951, Trenton, NJ 08625-0951 |
| 519980777 | + | Email/Text: famc-bk@1stassociates.com | Mar 27 2024 21:01:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 519980778 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 27 2024 21:01:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 519982213 |  | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 27 2024 21:03:02 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520000514 |  | Email/Text: EDBKNotices@ecmc.org | Mar 27 2024 20:59:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519980765 |  | Global Asset Agency |
| 519980769 | ##+ | Merchants Credit Guide Co., Attn: Bankruptcy, 223 West Jackson Blvd Suite 700, Chicago, IL 60606-6914 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2024　　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

**Name**　　　　　　　　　　　　　　**Email Address**

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: pdf901 | Total Noticed: 49 |

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com

Andrew B Finberg
    ecfmail@standingtrustee.com

Brad J. Sadek
    on behalf of Debtor Dennis Jones bradsadek@gmail.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Brad J. Sadek
    on behalf of Joint Debtor Gretchen L. Jones bradsadek@gmail.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Denise E. Carlon
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com
    bkgroup@kmllawgroup.com

Jenelle C Arnold
    on behalf of Creditor Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com

Steven Eisenberg
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bkecf@sterneisenberg.com
    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing skelly@sterneisenberg.com
    bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com

TOTAL: 10