Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16360−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis Jones
7321 Driftwood Lane
Mays Landing, NJ 08330

Gretchen L. Jones
aka Gretchen Louise Jones
7321 Driftwood Lane
Mays Landing, NJ 08330

Social Security No.:
xxx−xx−8419

xxx−xx−3781

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 26, 2024.

Dated: April 26, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16360-ABA |
| Dennis Jones | Chapter 13 |
| Gretchen L. Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 26, 2024 | Form ID: plncf13 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Jones, Gretchen L. Jones, 7321 Driftwood Lane, Mays Landing, NJ 08330-3924 |
| 519980753 | + | AC Ocean Walk LLC, 500 Boardwalk, Atlantic City, NJ 08401-7609 |
| 519982028 | + | Caleb Wilkes, 7321 Driftwood Lane, Mays Landing, NJ 08330-3924 |
| 519980762 | + | First Electronic Bank - Wayfair, Attn: Credit Crop Solutions, 121 W. Election Road , Se 200, Draper, UT 84020-7766 |
| 519980766 | + | Hill Wallack, LLP, 21 Roszel Road, Princeton, NJ 08540-6866 |
| 519980772 | + | Santander Bank, 1001 Gap Newport Pike, Avondale, PA 19311-9501 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Apr 26 2024 20:31:18 | Steven K Eisenberg, Stern & Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2024 20:42:07 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | ^ | MEBN | Apr 26 2024 20:31:18 | NewRez LLC D/B/A Shellpoint Mortgage Servicing, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 519980754 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 26 2024 20:37:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520000619 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 26 2024 20:37:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133 / Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520027162 | + | Email/Text: BGEBankruptcy@BGE.com | Apr 26 2024 20:36:00 | Baltimore Gas & Electric Company, PO Box 1475, Bankruptcy Dept - 3rd flr G&E Bldg, Baltimore, MD 21203-1475 |
| 519989016 | + | Email/Text: documentfiling@lciinc.com | Apr 26 2024 20:35:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520044260 | | Email/Text: bankruptcy@cbtno.com | Apr 26 2024 20:35:00 | CRESCENT BANK, P.O. BOX 2829, ADDISON, TX 75001 |

Case 23-16360-ABA    Doc 37    Filed 04/28/24    Entered 04/29/24 00:15:14    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: plncf13 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 519980755 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 26 2024 20:38:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 519980756 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 20:42:20 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519980757 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 26 2024 20:42:03 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519986665 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2024 20:42:17 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519992414 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2024 20:53:04 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519980758 | + | Email/Text: documentfiling@lciinc.com | Apr 26 2024 20:35:00 | Comcast Xfinity, 401 Whitehorse Road, Voorhees, NJ 08043-2604 |
| 519980759 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 26 2024 20:38:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519980760 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 26 2024 20:38:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519980761 | + | Email/Text: bankruptcy@firstelectronic.com | Apr 26 2024 20:38:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519980763 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2024 20:41:56 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519980764 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2024 20:38:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519980767 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 20:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519980768 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 26 2024 20:36:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520023673 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2024 20:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519980770 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2024 20:37:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519980771 | ^ | MEBN | Apr 26 2024 20:32:10 | National Credit Audit Corporation, Attn: Bankruptcy Dept., P.O. Box 515489, Dallas, TX 75251-5489 |
| 520037607 | | Email/Text: mtgbk@shellpointmtg.com | Apr 26 2024 20:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 520043632 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 20:41:50 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 520043832 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2024 20:38:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519995907 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 20:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519980774 | | Email/Text: bankruptcy@springoakscapital.com | Apr 26 2024 20:35:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 520054827 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 26 2024 20:36:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519980776 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 26 2024 20:36:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 519993821 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| Recip ID | | Notice Method | Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2024 20:38:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520041980 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 20:37:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, Seattle, WA 98101-2051 |
| 519985116 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 26 2024 20:36:00 | Shellpoint Mortgage Servicing, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519980773 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 26 2024 20:36:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520027393 | | Email/Text: bankruptcy@springoakscapital.com | Apr 26 2024 20:35:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 519980775 | + | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Apr 26 2024 20:37:00 | State of New Jersey Department of Labor, Benefits Control, P.O. Box 951, Trenton, NJ 08625-0951 |
| 519980777 | + | Email/Text: famc-bk@1stassociates.com | Apr 26 2024 20:38:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 519980778 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 26 2024 20:38:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 519982213 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 26 2024 20:42:20 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520000514 | | Email/Text: EDBKNotices@ecmc.org | Apr 26 2024 20:35:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519980765 | | Global Asset Agency |
| 519980769 | ##+ | Merchants Credit Guide Co., Attn: Bankruptcy, 223 West Jackson Blvd Suite 700, Chicago, IL 60606-6914 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

**Name**            **Email Address**

Andrew B Finberg

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: plncf13 | Total Noticed: 49 |

| | |
|---|---|
| | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brad J. Sadek | on behalf of Debtor Dennis Jones bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brad J. Sadek | on behalf of Joint Debtor Gretchen L. Jones bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com<br>bkgroup@kmllawgroup.com |
| Jenelle C Arnold | on behalf of Creditor Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com |
| Steven Eisenberg | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bkecf@sterneisenberg.com<br>jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing skelly@sterneisenberg.com<br>bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com |

TOTAL: 10