UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SADEK LAW OFFICES
701 East Gate Dr., Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor(s)

In Re:

Dennis Jones
Gretchen L. Jones

Case No.:     23-16360 (ABA)

Chapter:     13

Hearing Date:     July 11, 2024

Judge:     Andrew B. Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Brad J. Sadek,

   ☒ am the attorney for: Debtor(s)

   ☐ am self-represented

   Phone number: _____

   Email address: _____

2. I request an adjournment of the following hearing:

   Matter: Fee Application

   Current hearing date and time: July 11, 2024 @ 2:00 pm

   New date requested: August 8, 2024 @ 2:00 pm

   Reason for adjournment request: Allow counsel to appear as there is a conflict with 341(a) hearings at the same time as current hearing

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: July 8, 2024                                  /s/ Brad J. Sadek
                                                   Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 8/8/24 @ 2 PM          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**