IN THE UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

Sadek and Cooper Law Office
701 East Gate Drive
Suite 129
Mount Laurel, NJ 08054
Attorneys for Debtor

In Re:

Dennis Jones
Gretchen L. Jones
debtors

Case No.: **23-16360**

Chapter: **13**

Hearing Date: **08/08/2024 @ 2:00PM**

Judge: **ABA**

## **WITHDRAWAL OF DOCUMENT**

TO THE CLERK:

Please withdrawal the following documents:

    Application for Compensation *filed at Docket Number 38.*

Date: August 6, 2024        By: /s/ Brad J. Sadek, Esquire
                                                               Attorney for Debtor