Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16360−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis Jones
7321 Driftwood Lane
Mays Landing, NJ 08330

Gretchen L. Jones
aka Gretchen Louise Jones
7321 Driftwood Lane
Mays Landing, NJ 08330

Social Security No.:
xxx−xx−8419

xxx−xx−3781

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                October 18, 2024
Time:                09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*50* − Certification in Opposition to Trustees Certification of Default (related document:49 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 09/23/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Brad J. Sadek on behalf of Dennis Jones, Gretchen L. Jones. (Sadek, Brad)

and transact such other business as may properly come before the meeting.

Dated: September 18, 2024
JAN: kvr

Jeanne Naughton
Clerk