Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16360−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis Jones
7321 Driftwood Lane
Mays Landing, NJ 08330

Gretchen L. Jones
aka Gretchen Louise Jones
7321 Driftwood Lane
Mays Landing, NJ 08330

Social Security No.:
xxx−xx−8419

xxx−xx−3781

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                October 18, 2024
Time:                        09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*50* − Certification in Opposition to Trustees Certification of Default (related document:49 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 09/23/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Brad J. Sadek on behalf of Dennis Jones, Gretchen L. Jones. (Sadek, Brad)

and transact such other business as may properly come before the meeting.


Dated: September 18, 2024
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-16360-ABA
Dennis Jones  Chapter 13
Gretchen L. Jones
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Sep 18, 2024 | Form ID: 173 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Dennis Jones, Gretchen L. Jones, 7321 Driftwood Lane, Mays Landing, NJ 08330-3924

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:

**Name**    **Email Address**

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Brad J. Sadek
    on behalf of Debtor Dennis Jones bradsadek@gmail.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Brad J. Sadek
    on behalf of Joint Debtor Gretchen L. Jones bradsadek@gmail.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Denise E. Carlon
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 18, 2024 | Form ID: 173 | Total Noticed: 1 |

bkgroup@kmllawgroup.com

Jenelle C Arnold
    on behalf of Creditor Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com

Steven Eisenberg
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com

TOTAL: 10