Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16360 (ABA)

Dennis Jones and Gretchen L. Jones  
7321 Driftwood Lane  
Mays Landing, NJ  08330

Monthly Payment: $1,680.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/20/2024 | $625.00 | 03/11/2024 | $1,250.00 | 03/25/2024 | $625.00 | 05/03/2024 | $625.00 |
| 09/04/2024 | $779.00 | 09/16/2024 | $779.00 | 09/27/2024 | $779.00 | 10/15/2024 | $779.00 |
| 10/28/2024 | $779.00 | 11/08/2024 | $779.00 | 11/25/2024 | $779.00 | 12/12/2024 | $779.00 |
| 12/26/2024 | $779.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DENNIS JONES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $3,040.00 | $3,040.00 | $0.00 | $0.00 |
| 1 | AC OCEAN WALK LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $863.12 | $0.00 | $863.12 | $0.00 |
| 3 | CALIBER HOME LOANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $386.04 | $0.00 | $386.04 | $0.00 |
| 5 | CAPITAL ONE AUTO FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | COMCAST | 33 | $404.29 | $0.00 | $404.29 | $0.00 |
| 7 | FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $1,488.01 | $0.00 | $1,488.01 | $0.00 |
| 9 | FIRST ELECTRONIC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FIRST ELECTRONIC BANK - WAYFAIR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PREMIER BANKCARD, LLC | 33 | $677.39 | $0.00 | $677.39 | $0.00 |
| 12 | GENESIS FS CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | GLOBAL ASSET AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $101.85 | $0.00 | $101.85 | $0.00 |
| 15 | DEPARTMENT OF THE TREASURY | 28 | $385.10 | $0.00 | $385.10 | $0.00 |
| 16 | MARINER FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MERCHANTS CREDIT GUIDE CO. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $444.92 | $0.00 | $444.92 | $0.00 |
| 19 | NATIONAL CREDIT AUDIT CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SANTANDER CONSUMER USA, INC. | 24 | $9,820.71 | $1,499.45 | $8,321.26 | $0.00 |
| 21 | NEW REZ, LLC | 24 | $25,495.64 | $3,892.74 | $21,602.90 | $0.00 |
| 22 | SPRING OAKS CAPITAL SPV, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | STATE OF NEW JERSEY | 33 | $5,913.00 | $0.00 | $5,913.00 | $0.00 |
| 24 | STATE OF NEW JERSEY | 33 | $978.92 | $0.00 | $978.92 | $0.00 |
| 25 | TOTAL VISA/THE BANK OF MISSOURI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | TRANSWORLD SYSTEM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | GRETCHEN L. JONES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | DEPARTMENT OF THE TREASURY | 33 | $21,681.74 | $0.00 | $21,681.74 | $0.00 |
| 33 | STATE OF NEW JERSEY | 33 | $698.87 | $0.00 | $698.87 | $0.00 |
| 34 | U.S. DEPARTMENT OF EDUCATION | 33 | $331.96 | $0.00 | $331.96 | $0.00 |
| 35 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,207.46 | $0.00 | $1,207.46 | $0.00 |
| 36 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $1,573.80 | $0.00 | $1,573.80 | $0.00 |
| 37 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | NEW REZ, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | SHELLPOINT MORTGAGE SERVICING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | ATLANTIC CITY ELECTRIC COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | BALTIMORE GAS & ELECTRIC COMPANY | 33 | $59.23 | $0.00 | $59.23 | $0.00 |
| 42 | COMCAST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | CALEB WILKES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | CAPITAL ONE AUTO FINANCE, A DIVISION OF | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | CAPITAL ONE N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | MIDLAND CREDIT MANAGEMENT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | SANTANDER CONSUMER USA, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | SHELLPOINT MORTGAGE SERVICING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | SPRING OAKS CAPITAL SPV, LLC | 33 | $711.20 | $0.00 | $711.20 | $0.00 |
| 51 | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | US DEPARTMENT OF EDUCATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | SCOLOPAX, LLC | 33 | $539.83 | $0.00 | $539.83 | $0.00 |
| 54 | CRESCENT BANK & TRUST | 33 | $9,579.58 | $0.00 | $9,579.58 | $0.00 |
| 55 | NEW REZ, LLC | 24 | $6,231.94 | $951.51 | $5,280.43 | $0.00 |
| 56 | NEW REZ, LLC | 13 | $599.00 | $599.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2023 | 14.00 | $0.00 |
| 10/01/2024 | Paid to Date | $8,741.00 |
| 11/01/2024 | 45.00 | $1,680.00 |
| 08/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $10,136.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,402.20 |
| Arrearages: | ($535.00) |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**