Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16360−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis Jones
7321 Driftwood Lane
Mays Landing, NJ 08330

Gretchen L. Jones
aka Gretchen Louise Jones
7321 Driftwood Lane
Mays Landing, NJ 08330

Social Security No.:
xxx−xx−8419

xxx−xx−3781

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 12/16/25 at 10:00 AM

to consider and act upon the following:

**59** – Certification in Opposition to Creditors Certification of Default (related document:58 Creditor's Certification of Default (related document:27 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of NewRez LLC D/B/A Shellpoint Mortgage Servicing. Objection deadline is 12/1/2025. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing) filed by Brad J. Sadek on behalf of Dennis Jones, Gretchen L. Jones. (Sadek, Brad)

Dated: 11/20/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court