Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                Case No.: 23−16360−ABA
                                Chapter: 13
                                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dennis Jones                               Gretchen L. Jones
   7321 Driftwood Lane                 aka Gretchen Louise Jones
   Mays Landing, NJ 08330            7321 Driftwood Lane
                                                Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−8419                                xxx−xx−3781

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 12/16/25 at 10:00 AM

to consider and act upon the following:

**59** − Certification in Opposition to Creditors Certification of Default (related document:58 Creditor's Certification of Default (related document:27 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of NewRez LLC D/B/A Shellpoint Mortgage Servicing. Objection deadline is 12/1/2025. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing) filed by Brad J. Sadek on behalf of Dennis Jones, Gretchen L. Jones. (Sadek, Brad)

Dated: 11/20/25

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16360-ABA |
| Dennis Jones | Chapter 13 |
| Gretchen L. Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Jones, Gretchen L. Jones, 7321 Driftwood Lane, Mays Landing, NJ 08330-3924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brad J. Sadek | on behalf of Debtor Dennis Jones bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brad J. Sadek | on behalf of Joint Debtor Gretchen L. Jones bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

    bkgroup@kmllawgroup.com

Jenelle C Arnold
    on behalf of Creditor Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com

Steven Eisenberg
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bkecf@sterneisenberg.com
    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing skelly@sterneisenberg.com
    bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com

TOTAL: 10