| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Steven Kelly, ESQ.<br>COUNSEL FOR MOVANT<br>skelly@sterneisenberg.com<br>Stern & Eisenberg, PC<br>1120 Rt. 73<br>Suite 400<br>Mt. Laurel, NJ 08054<br>Telephone: (609) 397-9200<br>Facsimile: (856) 667-1456 | |
| In Re:<br>Dennis Jones<br>Gretchen L. Jones aka Gretchen Louise Jones<br>    Debtor(s) | Case Number: 23-16360-ABA<br><br>Chapter: 13<br><br>Hearing Date: December 16, 2025 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

       [**X**] Settled       [ ] Withdrawn

Matter: **CREDITOR'S CERTIFICATION OF DEFAULT FILED ON NOVEMBER 17, 2025**

| | |
|---|---|
| Date: December 14, 2025 | /s/Steven Kelly, Esq.<br>Steven Kelly, Esq. |