UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: NewRez LLC d/b/a Shellpoint
Mortgage Servicing

In Re:
Dennis Jones
Gretchen L. Jones
aka Gretchen Louise Jones
        Debtor

**Order Filed on February 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number: 23-16360-ABA

Judge: Andrew B. Altenburg, Jr.

Hearing Date(s):

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: February 18, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Brad J. Sadek |
| Property Involved ("Collateral"): | 7321 Driftwood Ln, Mays Landing, NJ 08330 |

Relief sought:     ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

    ☒  The Debtor is overdue for **3** months, from **11/01/2025** to **01/01/2026**.

    ☒  The Debtor is overdue for **3** payments at **$2,082.85** per month.

    ☐  The Debtor is assessed for ___ late charges at $_____ per month.

    ☒  Applicant acknowledges Debtors' Suspense Balance in the amount of **$163.86**.

    Total Arrearages Due  **$6,084.69**

2.  Debtor must cure all post-petition arrearages, as follows:

    ☐  Immediate payment shall be made in the amount of $_____ received. Payment shall be made no later than _____.

☒ Beginning on **02/01/2026**, regular monthly mortgage payments shall continue to be made in the amount of **$2,082.85** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☒ The amount of **$6,084.69** shall be capitalized in the debtor's Chapter 13 plan.  Debtors shall file a Modified Plan, if required, within fourteen (14) days of this Order to provide for the payment of the amounts listed herein.  Debtors shall also, if required, file Amended Schedule I and Schedule J within fourteen (14) days of this Order to demonstrate feasibility.  The parties hereby authorize the Chapter 13 Standing Trustee to make distributions under this Order from funds received.

3.  Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment:      _____
_____
_____

☒ Regular monthly payment:      **NewRez, LLC d/b/a Shellpoint Mortgage Servicing**
**P.O. Box 650840**
**Dallas, TX 75265-0840**

☐ Monthly cure payment:      _____
_____
_____

4.  In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor,

and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys' fees of $375.00, and costs of $0.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

 /s/ Brad J. Sadek
---
Brad J. Sadek, Esquire

Counsel for Debtor

*Steven P. Kelly*
---
Steven Kelly, Esquire

STERN & EISENBERG, PC

Attorney for Movant

*Rev.8/1/15*