UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: NewRez LLC d/b/a Shellpoint
Mortgage Servicing

**Order Filed on February 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Dennis Jones
Gretchen L. Jones
aka Gretchen Louise Jones
        Debtor

Case Number: 23-16360-ABA

Judge: Andrew B. Altenburg, Jr.

Hearing Date(s):

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER RESOLVING MOTION TO VACATE STAY
### AND/OR MOTION TO DISMISS
### WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: February 18, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

| Applicant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Brad J. Sadek |
| Property Involved ("Collateral"): | 7321 Driftwood Ln, Mays Landing, NJ 08330 |

Relief sought:

☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for **3** months, from **11/01/2025** to **01/01/2026**.

   ☒ The Debtor is overdue for **3** payments at **$2,082.85** per month.

   ☐ The Debtor is assessed for ___ late charges at $_____ per month.

   ☒ Applicant acknowledges Debtors' Suspense Balance in the amount of **$163.86**.

   Total Arrearages Due  **$6,084.69**

2. Debtor must cure all post-petition arrearages, as follows:

   ☐ Immediate payment shall be made in the amount of $_____ received. Payment shall be made no later than _____.

2

☒  Beginning on **02/01/2026**, regular monthly mortgage payments shall continue to be made in the amount of **$2,082.85** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☐  Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☒  The amount of **$6,084.69** shall be capitalized in the debtor's Chapter 13 plan.  Debtors shall file a Modified Plan, if required, within fourteen (14) days of this Order to provide for the payment of the amounts listed herein.  Debtors shall also, if required, file Amended Schedule I and Schedule J within fourteen (14) days of this Order to demonstrate feasibility.  The parties hereby authorize the Chapter 13 Standing Trustee to make distributions under this Order from funds received.

3.  Payments to the Secured Creditor shall be made to the following address(es):

☐  Immediate payment:                        _____
                                             _____
                                             _____

☒  Regular monthly payment:         **NewRez, LLC d/b/a Shellpoint Mortgage Servicing**
                                    **P.O. Box 650840**
                                    **Dallas, TX 75265-0840**

☐  Monthly cure payment:                     _____
                                             _____
                                             _____

4.  In the event of Default:

☒  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor,

3

and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys' fees of $375.00, and costs of $0.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

 /s/ Brad J. Sadek
_____
Brad J. Sadek, Esquire
Counsel for Debtor


_Steven P. Kelly_
_____
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*

4

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-16360-ABA

Dennis Jones                                                                      Chapter 13

Gretchen L. Jones

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                         Page 1 of 2

Date Rcvd: Feb 18, 2026              Form ID: pdf903                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

**Recip ID**                 **Recipient Name and Address**
db/jdb                    +   Dennis Jones, Gretchen L. Jones, 7321 Driftwood Lane, Mays Landing, NJ 08330-3924

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

**Name**                      **Email Address**

Andrew B Finberg

         on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg

         courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Brad J. Sadek

         on behalf of Debtor Dennis Jones bradsadek@gmail.com
         bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Brad J. Sadek

         on behalf of Joint Debtor Gretchen L. Jones bradsadek@gmail.com
         bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Denise E. Carlon

         on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com

District/off: 0312-1

User: admin

Page 2 of 2

Date Rcvd: Feb 18, 2026

Form ID: pdf903

Total Noticed: 1

bkgroup@kmllawgroup.com

Jenelle C Arnold
on behalf of Creditor Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com

Steven Eisenberg
on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bkecf@sterneisenberg.com
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing skelly@sterneisenberg.com
bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com

TOTAL: 10